C. G. Warner, Appellant, v. Martha A. Beasley et al., Appellees.

An Appeal from the Circuit Court for the County of Hillsborough.

Appeal dismissed on motion of counsel for Appellant.

*Shackleford & Parks,* for Appellant;

*James F. Glen* and *W. A. Carter,* for Appellees.